John E. Ohashi, Mediator (SBN 101175)
john@ohashiadr.com
4521 Campus Drive #276
Irvine, CA 92612
Telephone: (949) 854-5650

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STORE SPE LA FITNESS 2013-7, LLC<br>and STORE MASTER FUNDING V, LLC<br><br>Plaintiff(s)<br>v.<br><br>FITNESS INTERNATIONAL, LLC and<br>FITNESS & SPORTS CLUBS, LLC<br>Defendant(s). | CASE NUMBER<br>8:20-CV-00953-JVS (ADS)<br><br><br>MEDIATION REPORT |

_**Instructions:** The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report._

1.  ☑ A mediation was held on (date):  August 10, 2021                      .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
    - ☑ Appeared as required by L.R. 16-15.5(b).
    - ☐ Did not appear as required by L.R. 16-15.5(b).
        - ☐ Plaintiff or plaintiff's representative failed to appear.
        - ☐ Defendant or defendant's representative failed to appear.
        - ☐ Other:

3.  Did the case settle?
    - ☐ Yes, fully, on _____ (date).
    - ☐ Yes, partially, and further facilitated discussions are expected. _(See No. 4 below.)_
    - ☐ Yes, partially, and further facilitated discussions are **not** expected.
    - ☐ No, and further facilitated discussions are expected. _(See No. 4 below.)_
    - ☑ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?


Dated: August 10, 2021

_____
Signature of Mediator

John E. Ohashi
Name of Mediator (print)

_The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."_