JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Store SPE LA Fitness, etc, et al,<br><br>    Plaintiff,<br><br>v.<br><br>Fitness International, LLC, et al,<br><br>    Defendant(s). | SACV 20-00953JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 45 days, to reopen the action if settlement is not consummated.

DATED: November 30, 2021

                                                                     James V. Selna<br>
                                                                       U.S. District Judge